**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **MARTHA J. ANDERSON,** | **Bankruptcy No. 16-17156 REF** |
| **Debtor** | |

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Response to Motion for Relief from Automatic Stay of Santander Consumer USA, Inc. was served upon the addresses listed below by way of electronic means on April 24, 2017:

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Pennsylvania Housing Finance Agency - bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:     *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
610-779-0772