IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MARTHA JANE ANDERSON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 16-17156-REF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| MARTHA JANE ANDERSON ) | HEARING DATE: **5-18-17 at 9:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about June 8, 2017 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: June 8, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE