**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**MARTHA J. ANDERSON,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-17156 REF** |

## WITHDRAWAL OF SECOND AMENDED CHAPTER 13 PLAN

    Debtor, Martha J. Anderson, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Second Amended Chapter 13 Plan (Corrected), which was filed in error, and respectfully requests that the Second Amended Chapter 13 Plan (corrected), which was filed by the Debtor on November 4, 2017, be withdrawn.

**Date:**  November 4, 2017

                                         **Respectfully submitted,**

                                         **Hartman, Valeriano, Magovern & Lutz, PC**

                **by:**    /s/ George M. Lutz

                                         **George M. Lutz, Esquire**
                                         **1100 Berkshire Boulevard, Suite 301**
                                         **Wyomissing, PA  19610**
                                         **Pa. Attorney ID No.: 46437**