**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**MARTHA J. ANDERSON,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-17156 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Second Amended Chapter 13 Plan (Docket No. 32) was served upon the addresses listed below by way of electronic means on November 4, 2017 and/or via first class mail on November 9, 2017:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

LEON P. HALLER on behalf of Creditor Pennsylvania Housing Finance Agency - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Pennsylvania Housing Finance Agency - bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Martha J. Anderson
228 Sycamore Road
West Reading, PA  19611

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                             1100 Berkshire Blvd., Suite 301
                             Wyomissing, PA  19610
                             610-779-0772