**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**MARTHA J. ANDERSON,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-17156 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served upon the addresses listed below and upon all parties on the Matrix by way of electronic means on March 7, 2018 and/or via first class mail on March 8, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

LEON P. HALLER on behalf of Creditor Pennsylvania Housing Finance Agency - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

BRIAN CRAIG NICHOLAS on behalf of Creditor Pennsylvania Housing Finance Agency - bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

Martha J. Anderson
228 Sycamore Road
West Reading, PA  19611

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                        1100 Berkshire Blvd., Suite 301
                        Wyomissing, PA  19610
                        610-779-0772

Label Matrix for local noticing
0313-4
Case 16-17156-ref
Eastern District of Pennsylvania
Reading
Thu Mar  8 14:07:53 EST 2018

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

PRA Receivables Management LLC
Attn Dolores Garcia VP
PO Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541-1067

Santander Consumer USA Inc.
P.O. Box 562088, Suite 900 North
Dallas, TX 75356-2088

Reading
400 Washington Street
Suite 300
Reading, PA 19601-3951

Barclays Bank Delaware
125 S West St.
Wilmington, DE 19801-5014

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

CAPITAL ONE BANK USA
PO BOX 30281
Salt Lake City, UT 84130-0281

CHASEBANK ONE CARD SERV
PO BOX 15298
WILMINGTON, DE 19850-5298

Fed Loan Servicing
P.O. Box 60610
Harrisburg, PA 17106-0610

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

NAVIENT
PO BOX 9655
WILKES BARRE, PA 18773-9655

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, Inc. on behalf of
PHEAA
PO BOX 8147
Harrisburg, PA 17105-8147

ONEMAIN FINANCIAL
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

PENNSYLVANIA HOUSING FINANCE AGENCY
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101-1466

PENNSYLVANIA ST EMP C U
PO BOX 67013
HARRISBURG, PA 17106-7013

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

Pennsylvania Housing Finance Agency
211 N. Front St.
Harrisburg, PA 17101-1406

Pennsylvania Housing Finance Agency
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

(p)PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SEARS/CBNA
PO BOX 6282
SIOUX FALLS, SD 57117-6282

SPRINGLEAF FORMERLY AGF
PO BOX 2006
Reading, PA 19608-0006

SYNCB/QVC
P.O. Box 965005
Orlando, FL 32896-5005

SYNCB/QVC
P.O. Box 965018
Orlando, FL 32896-5018

Santander Consumer USA Inc.
1601 ELM ST, 15th Floor
Dallas, TX 75201-7260

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-0244

| | | |
|---|---|---|
| Sears/CBNA<br>c/o Northland Group, Inc.<br>P.O. Box 390905<br>Minneapolis, MN 55439-0905 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD BANK USA/TARGET CREDIT<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3401 |
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 19107-4405 | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606-0410 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1100 Berkshire Blvd.<br>Suite 301<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Martha Jane Anderson<br>228 Sycamore Road<br>West Reading, PA 19611-1536 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Pennsylvania Housing Finance Agency<br>P.O. Box 8029<br>Harrisburg, PA 17105-8029 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pennsylvania Housing Finance Agency | (d) ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients    2<br>Total    39 |