**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**MARTHA J. ANDERSON,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-17156 REF** |
|---|---|

### ADDENDUM TO THIRD AMENDED CHAPTER 13 PLAN

The Debtor hereby files this Addendum to the Third Amended Chapter 13 Plan, and states as follows:

§2(a)(2) of the Third Amended Chapter 13 Plan is amended to read as follows:

**§ 2(a)(2) Amended Plan:**

**Total Base** Amount to be paid to the Chapter 13 Trustee ("Trustee") $22,557.00

Payments to the Chapter 13 Trustee will be made as follows:

| | |
|---|---|
| Paid to date | 3,362.00 |
| Starting March 8, 2018 through December 8, 2018 (10 months), $105.00 per month == $1,050.00 | 1,050.00 |
| From January 8, 2019 through June 8, 2019 (6 payments), $290.00 per month (total =$1,740.00) | 1,740.00 |
| From July 8, 2019 through July 8, 2020 (13 payments), $460.00 per month (total =$5,720.00) | 5,980.00 |
| From August 8, 2020 through October 8, 2021 (15 payments), $695.00 per month (total = $10,425.00). | 10,425.00 |
| **Total Plan funding** | **22,557.00** |

**Date:** April 4, 2018

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** /s/ George M. Lutz
_____
**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**