| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-17156-PMM**

MARTHA JANE ANDERSON
228 SYCAMORE ROAD
WEST READING  PA    19611

Petition Filed Date: 10/08/2016
341 Hearing Date: 02/21/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $293.00 | 156230766 | 02/19/2019 | $293.00 | 157238493 | 03/22/2019 | $293.00 | 158261652 |
| 04/16/2019 | $293.00 | 159153892 | 05/16/2019 | $293.00 | 160171299 | 06/17/2019 | $293.00 | 161130528 |
| 07/16/2019 | $463.00 | 162129596 | 08/29/2019 | $503.00 | 163389633 | 09/17/2019 | $473.00 | 164088176 |
| 10/30/2019 | $473.00 | 165075150 | 11/27/2019 | $473.00 | 166079259 | 12/17/2019 | $473.00 | 167028212 |
| 01/21/2020 | $473.00 | 168010884 | 02/20/2020 | $473.00 | 168999102 | 03/16/2020 | $473.00 | 169822264 |
| 04/14/2020 | $473.00 | 170764340 | 05/20/2020 | $473.00 | 171906933 | 06/16/2020 | $473.00 | 172700494 |
| 07/22/2020 | $473.00 | 173846271 | | | | | | |

**Total Receipts for the Period: $7,927.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,573.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $91,301.48 | $0.00 | $91,301.48 |
| 11 | FEDERAL LOAN SERVICING<br>»» 011 | Unsecured Creditors | $7,229.56 | $0.00 | $7,229.56 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,812.54 | $0.00 | $1,812.54 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 02A | Mortgage Arrears | $6,239.77 | $2,658.04 | $3,581.73 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 02B | Mortgage Arrears | $5,492.35 | $2,339.64 | $3,152.71 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $3,472.85 | $0.00 | $3,472.85 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,818.69 | $0.00 | $1,818.69 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $6,591.95 | $0.00 | $6,591.95 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,679.46 | $0.00 | $1,679.46 |
| 3 | PSECU<br>»» 003 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $2,397.12 | $869.90 | $1,527.22 |
| 9 | TD BANK USA NA<br>»» 009 | Unsecured Creditors | $502.62 | $0.00 | $502.62 |
| 12 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 012 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 16-17156-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,573.00 | Current Monthly Payment: | $695.00 |
| Paid to Claims: | $10,867.58 | Arrearages: | $254.00 |
| Paid to Trustee: | $1,128.50 | Total Plan Base: | $22,557.00 |
| Funds on Hand: | $576.92 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.