| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-17156-PMM

MARTHA JANE ANDERSON
228 SYCAMORE ROAD
WEST READING  PA    19611

Petition Filed Date: 10/08/2016
341 Hearing Date: 02/21/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $473.00 | 168010884 | 02/20/2020 | $473.00 | 168999102 | 03/16/2020 | $473.00 | 169822264 |
| 04/14/2020 | $473.00 | 170764340 | 05/20/2020 | $473.00 | 171906933 | 06/16/2020 | $473.00 | 172700494 |
| 07/22/2020 | $473.00 | 173846271 | 08/17/2020 | $658.00 | 174630411 | 09/10/2020 | $698.00 | 175402696 |
| 10/09/2020 | $698.00 | 176295779 | 11/12/2020 | $698.00 | 177432776 | 12/14/2020 | $698.00 | 178293169 |
| 01/08/2021 | $698.00 | 179063679 | 02/24/2021 | $698.00 | 180083598 | 03/10/2021 | $698.00 | 180911811 |
| 04/15/2021 | $698.00 | 182028097 | 05/17/2021 | $698.00 | 182973541 | | | |

**Total Receipts for the Period: $10,251.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | EDUCATIONAL CREDIT MGMT CORP <br> »» 008 | Unsecured Creditors | $91,301.48 | $0.00 | $91,301.48 |
| 11 | FEDERAL LOAN SERVICING <br> »» 011 | Unsecured Creditors | $7,229.56 | $0.00 | $7,229.56 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 010 | Unsecured Creditors | $1,812.54 | $0.00 | $1,812.54 |
| 2 | PA HOUSING FINANCE AGENCY <br> »» 02A | Mortgage Arrears | $6,239.77 | $6,030.68 | $209.09 |
| 2 | PA HOUSING FINANCE AGENCY <br> »» 02B | Mortgage Arrears | $5,492.35 | $5,308.30 | $184.05 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 004 | Unsecured Creditors | $3,472.85 | $0.00 | $3,472.85 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 005 | Unsecured Creditors | $1,818.69 | $0.00 | $1,818.69 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 006 | Unsecured Creditors | $6,591.95 | $0.00 | $6,591.95 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 007 | Unsecured Creditors | $1,679.46 | $0.00 | $1,679.46 |
| 3 | PSECU <br> »» 003 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 1 | SANTANDER CONSUMER USA <br> »» 001 | Secured Creditors | $869.90 | $869.90 | $0.00 |
| 9 | TD BANK USA NA <br> »» 009 | Unsecured Creditors | $502.62 | $0.00 | $502.62 |
| 12 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC <br> »» 012 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 16-17156-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,513.00 | Current Monthly Payment: | $695.00 |
| Paid to Claims: | $17,208.88 | Arrearages: | $264.00 |
| Paid to Trustee: | $1,675.92 | Total Plan Base: | $22,557.00 |
| Funds on Hand: | $628.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.