**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                            **Chapter 13**

    **MARTHA JANE ANDERSON**

                                                   **Case No.16-17156-PMM**

          **Debtor**

## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

    Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local

Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of

Pennsylvania.

    The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee

payments under the confirmed Chapter 13 plan.

                              **Office of the Chapter 13 Trustee**

Date: December 20, 2021        By:   */s/ Scott F. Waterman*

                                    Scott F. Waterman, Esquire, Chapter 13 Trustee
                                    2901 St. Lawrence Avenue, Suite 100
                                    Reading, PA  19606
                                    (610)779-1313 (Phone)
                                    (610)779-3637 fax