United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-17156-pmm

Martha Jane Anderson                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Dec 21, 2021      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martha Jane Anderson, 228 Sycamore Road, West Reading, PA 19611-1536 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14029861 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13805944 | + | Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13870859 | + | Navient Solutions, Inc. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 13853809 | + | Pennsylvania Housing Finance Agency, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13805952 | + | Sears/CBNA, c/o Northland Group, Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 13805956 | + | TD BANK USA/TARGET CREDIT, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 13916548 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13805940 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 21 2021 23:22:00 | Barclays Bank Delaware, 125 S West St., Wilmington, DE 19801-5014 |
| 13805941 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 23:32:22 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13805942 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2021 23:21:37 | CAPITAL ONE BANK USA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14029861 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 21 2021 23:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13805943 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2021 23:21:52 | CHASEBANK ONE CARD SERV, PO BOX 15298, WILMINGTON, DE |
| 13901313 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2021 23:22:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13805946 | + | Email/PDF: pa_dc_claims@navient.com | Dec 21 2021 23:21:52 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 13805945 | + | Email/PDF: pa_dc_claims@navient.com | Dec 21 2021 23:21:28 | Navient, P.O. Box 9500, Wilkes Barre, PA |

Case 16-17156-pmm    Doc 62    Filed 12/23/21    Entered 12/24/21 00:32:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 138OBJ | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 18773-9500 |
| 13863497 | | Email/PDF: cbp@onemainfinancial.com | Dec 21 2021 23:21:56 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13805947 | | Email/Text: blegal@phfa.org | Dec 21 2021 23:22:00 | Pennsylvania Housing Finance Agency, P.O. Box 8029, Harrisburg, PA 17105-8029 |
| 13853861 | + | Email/Text: blegal@phfa.org | Dec 21 2021 23:22:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13805949 | | Email/Text: bankruptcynotices@psecu.com | Dec 21 2021 23:22:00 | PENNSYLVANIA ST EMP C U, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13864312 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2021 23:21:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13809046 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 23:21:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13858388 | + | Email/Text: bankruptcynotices@psecu.com | Dec 21 2021 23:22:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13805948 | + | Email/Text: blegal@phfa.org | Dec 21 2021 23:22:00 | Pennsylvania Housing Finance Agency, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 13805951 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 23:32:12 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 13805953 | + | Email/PDF: cbp@onemainfinancial.com | Dec 21 2021 23:21:59 | SPRINGLEAF FORMERLY AGF, PO BOX 2006, Reading, PA 19608-0006 |
| 13805954 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2021 23:21:37 | SYNCB/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13805955 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2021 23:21:37 | SYNCB/QVC, P.O. Box 965018, Orlando, FL 32896-5018 |
| 13805950 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 21 2021 23:22:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14070939 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 21 2021 23:22:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 13892237 | + | Email/Text: bncmail@w-legal.com | Dec 21 2021 23:22:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13816544 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14088499 | ##+ | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1100 Berkshire Blvd., Suite 301, Wyomissing, PA 19610-1292 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGE M. LUTZ | on behalf of Debtor Martha Jane Anderson glutz@hvmllaw.com amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Martha Jane Anderson
    Debtor(s)

Case No: 16−17156−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/21/21